# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 21-cv-05331<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Heather K. McShain** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, October 28, 2021, at 9:30 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Jorge L. Alonso in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order.

Dated this 25th day of October 2021.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Isaku M. Begert
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　amartin@gbc.law
　　　　　　　　　　　　　　　　　　　　ibegert@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Peanuts Worldwide LLC*