

138A East Park Ave, Long Beach, NY 11561
**Phone:** 212-256-1109 | **Toll Free:** 1-877-9-SELLER
**Skype/ WeChat:** AmazonSellersLawyer
www.AmazonSellersLawyer.com

November 11, 2021

Honorable Jorge L. Alonso
United States District Court, Northern District of Illinois     **Via Pacer**

cc:

Isaku Begert, Esq.
Greer, Burns And Crain, Ltd.
Attorneys for Plaintiff
300 S Wacker Drive, Suite 2500
Chicago, IL 60606     **Via Email: ibegert@gbc.law**

      **Re:** **Proposed Order without Opposing Counsel's Consent**
      **Case:** **Peanuts Worldwide, LLC, v. The Partnerships, etc., Schedule A 21-cv-05331**

Dear Judge Alonso,

    Please allow this to serve as my Letter Motion seeking the Court's execution of the attached Order.

    As the Court may recall, yesterday my motion to dissolve the restraining order issued in this case against Sensible Store was granted. The Court directed counsel to try and submit an Order on Consent.

    I do not have opposing counsel's consent even though the issuance of the attached Order, as written, will not harm Plaintiff's interests. Opposing counsel asked for time to confer with his client, which I understand, but each day causes needless damages. Opposing counsel was informed that if he was unable to consent by the end of the business day, I would file this Letter Motion.

    Opposing counsel correctly pointed out to me earlier today that neither of us can identify which of the 196 defendants on Schedule A is causing my client's Amazon account to be restrained. However, my client's Amazon was clearly restrained because of the Order per the email received from Amazon that specifically identifies this case. An exact copy of the verbiage of the email from Amazon is below:

---------------------------

**We are writing to inform you that your disbursements from your seller account have been placed on hold. We took this action in accordance with a Temporary Restraining Order issued by a federal court. Items that infringe another party's copyright, patent, trademark, design right, database right, or other intellectual property or other proprietary right are prohibited. For more information on this policy, search on "Prohibited Content" in seller Help.**



138A East Park Ave, Long Beach, NY 11561
Phone: 212-256-1109 | Toll Free: 1-877-9-SELLER
Skype/ WeChat: AmazonSellersLawyer
www.AmazonSellersLawyer.com

**To resolve this dispute, we suggest that you contact the rights owner directly:**

**RO CONTACT DETAILS:**

**Peanuts Worldwide LLC (21-5331) (emphasis & coloration added)**
**c/o Isaku Begert**
**Greer Burnes & Crain**
**300 S. Wacker Dr. Suite 2500**
**Chicago, IL 60606**
**T: 312-360-0080**
**F: 312-360-9315**

--------------------------

In that Your Honor granted the undersigned's motion to dissolve, the undersigned prays that Court will execute the attached motion despite the lack of Plaintiff's counsel's consent.

Thank you for your attention to this matter. I remain

                                          Respectfully yours,

                                          *Cory Jay ("CJ") Rosenbaum*, Electronically Signed
                                          Cory Jay ("CJ") Rosenbaum