**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEANUTS WORLDWIDE LLC, | ) |
| Plaintiff, | ) CASE NO. 1:21-CV-05331 |
| v. | ) Hon. Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) |
| Defendants. | ) |

**ORDER RELEASING SENSIBLE STORE
FROM THE RESTRAINING ORDER ISSUED IN THIS ACTION**

On October 14, 2021, this Court granted Plaintiff's motion and issued a Temporary Restraining Order against defendants.

On November 10, 2021, the Court granted SENSIBLE STORE's motion to dissolve the Restraining Order.

This Court orders that:

1. Amazon.com shall immediately restore SENSIBLE STORE's Amazon storefront and Amazon Seller account to the same status that existed prior to this Court's October 14, 2021 Order, and;

2. Amazon.com shall immediately release all monies withheld from the SENSIBLE STORE as a result of this Court's October 14, 2021 Order, and;

IT IS SO ORDERED,

Dated: November 11, 2021

_____
Jorge L. Alonso
United States District