**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEANUTS WORLDWIDE LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 21-cv-05331 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Heather K. McShain** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Peanuts Worldwide LLC's ("Plaintiff") Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases"), with the exception of MANmanDanta. After reviewing the Motion and the accompanying record, the Court grants Plaintiff's Motion in part as follows.

The Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered on October 14, 2021, *see* [22] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

The Court further finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of Plaintiff's copyrighted designs (including U.S. Copyright Registration Nos. B 197-759, GP 59-162, and A 95-985) (the "Peanuts Copyrighted Designs") and/or using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "PEANUTS Trademarks") to residents of Illinois. *See* [13] (Declaration of Carrie Dumont) at ¶ 19; [14]. A list of the PEANUTS Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,255,304 | PEANUTS | For: address books; books (including coloring books); datebooks; greeting cards; growth charts made of paper; invitations; memo pads; nametags made of paper; paintbrushes; paper napkins; pencils; pencil boxes and cases; place cards made of paper; playing cards; telephone list books; wrapping paper for gifts; writing paper and envelopes; and writing tablets in class 016. |
| 1,265,839 | PEANUTS | For: Christmas decorations and ornaments; dolls; playsets; puzzles in class 028. |
| 1,301,542 | PEANUTS | For: music boxes in class 015. |
| 1,729,501 | PEANUTS | For: clothing; namely, infant boys' and girls' creepers, leggings, shorts, jackets, tops, boys' tops, shorts, tank tops, fleece tops, pants, pajamas, jackets, shorts, and socks; girls' shorts, tops, creepers, jumpers, socks and hosiery in class 025. |
| 1,970,335 | PEANUTS | For: bed linen, namely bedspreads, blankets, comforters, pillowcases, pillow shams, and sheets in class 024. |
| 4,017,645 | PEANUTS | For: pre-recorded DVDs featuring animated characters; pre-recorded CDs featured animated character voices; films featuring animated characters; computer game programs, computer game software, video games, namely, video game software, video game cartridges and video game discs; downloadable television shows featuring animated characters in class 009. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| | | For: continuing animated programs distributed over television, satellite, audio, video media, the internet and worldwide web in class 041. |
| 4,429,043 | PEANUTS | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music in class 009. |
| 5,023,666 | PEANUTS | For: porcelain commemorative plates in class 021. |
| 5,392,411 | PEANUTS | For: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars in class 018. |
| 1,254,632 | SNOOPY | For: games and toys; ornaments and decorations for Christmas trees in class 028. |
| 1,256,819 | SNOOPY | For: jewelry, watches, and clocks in class 014. |
| 1,256,900 | SNOOPY | For: luggage and totebags in class 018. |
| 1,256,970 | SNOOPY | For: athletic jerseys, aprons, bibs, coats, footwear, gloves, hats, jackets, jogging suits, mittens, nightgowns, nightshirts, pajamas, t-shirts, tank tops, shorts, socks, sweatshirts, and underwear in class 025. |
| 1,267,166 | SNOOPY | For: picture frames in class 020. |
| 1,268,857 | SNOOPY | For: adhesive bandages in class 005. |
| 1,286,055 | SNOOPY | For: drinking glasses, glass mugs, ceramic mugs, decorative ceramic storage containers for miscellaneous items, and toothbrushes in class 021. |
| 1,300,520 | SNOOPY | For: books, writing paper and envelopes, paint brushes, playing cards, printed instructional and teaching materials, crayons, felt-tip markers, pencils, erasers, paper lunchbags, calendars, drawing paper and tablets, and memo pads in class 016. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 2,492,720 | SNOOPY | For: gummy candies in class 030. |
| 4,145,986 | SNOOPY | For: pre-recorded DVDs, pre-recorded CDs, motion picture films for television featuring animated characters; computer game programs; computer game software; video game programs; video game discs; and video game software in class 009. |
| 5,218,767 | SNOOPY | For: motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment in class 009. |
| 5,214,344 | CHARLIE BROWN | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the internet and wireless devices in class 009. |

In addition, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the PEANUTS Trademarks. *See* [13] (Declaration of Carrie Dumont); [14], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the PEANUTS Trademarks.

The Court also finds that injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

4

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the Peanuts Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the Peanuts Trademarks, and (3) Defendants' use of the Peanuts Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Peanuts Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily and preliminarily enjoined and restrained from:

    a. using the PEANUTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Peanuts product or not authorized by Plaintiff to be sold in connection with the PEANUTS Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Peanuts Copyrighted Designs in any manner without the express authorization of Plaintiff;

c.   passing off, inducing, or enabling others to sell or pass off any product as a genuine Peanuts product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs;

d.   committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Peanuts products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

e.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the PEANUTS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peanuts Copyrighted Designs.

2.   Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Plaintiff expedited discovery, limited

to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including Third Party Providers as defined in Paragraph 2, shall within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the PEANUTS Trademarks and/or which bear the Peanuts Copyrighted Designs.

4.     Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts

5.     Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.     Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to the Defendants that includes a link to said website to the email addresses identified in Exhibit 4 to the Declaration of Carrie J. Dumont and any email addresses provided for Defendants by Third Parties. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.     Schedule A to the Complaint [2], Exhibit 4 to the Declaration of Carrie J. Dumont [14], and the TRO [22] are unsealed.

8.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and

Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.    The $10,000 bond posted by Peanuts shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated: November 16, 2021

_____

Jorge L. Alonso
United States District Judge

**Peanuts Worldwide LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-5331**

# Schedule A

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| | **Defendant Online Marketplaces** | |
| 1 | antpacking.en.alibaba.com | GAS Industrial (SHENZHEN) CO.,LTD |
| 2 | bayko.en.alibaba.com | Bayko Technology (shenzhen) Co., Ltd. |
| 3 | bdjsq.en.alibaba.com | Baoding Jinshiqiang Textile Co., Ltd. |
| 4 | cdcyx.en.alibaba.com | Chengdu Chengyixin Trading Co., Ltd. |
| 5 | chunlungtech.en.alibaba.com | JYUN LONG TECHNOLOGY CO., LTD. |
| 6 | cnavegas.en.alibaba.com | Dongguan Synst Electronics Co., Ltd. |
| 7 | cnglassjar.en.alibaba.com | Huai 'an Zhuowen Runde Gift Co., Ltd. |
| 8 | csdahuan.en.alibaba.com | Changsha Dahuan Electronic Technology Co., Ltd. |
| 9 | drirajewelry.en.alibaba.com | Haifeng County Delila Jewelry Firm |
| 10 | fivehorsesmart.en.alibaba.com | Huizhou Five Horse Smart Technology Co., Ltd. |
| 11 | fjgoodya.en.alibaba.com | Fujian Guanya Industrial Co., Ltd. |
| 12 | freethinking.en.alibaba.com | Hefei ZY Trade Co., Ltd. |
| 13 | hardy.en.alibaba.com | Guangzhou Hardy Accessories Co., Ltd. |
| 14 | hsmartcase.en.alibaba.com | H SMART INTERNATIONAL CO. |
| 15 | kshengdian.en.alibaba.com | Kunshan Hengdian Metal Product Co., Ltd. |
| 16 | lvdengxia.en.alibaba.com | Green Lantern Optoelectronic Light Factory |
| 17 | molidou.en.alibaba.com | Changzhou Jinchen E-Commerce Co., Ltd. |
| 18 | neworientalgift.en.alibaba.com | Neworiental Gift Co., Ltd. |
| 19 | ocomcap.en.alibaba.com | Guangzhou Yajianmei Trading Co., Ltd. |
| 20 | plidy88.en.alibaba.com | Guangzhou Plidy Watch Co., Ltd. |
| 21 | sentaitec.en.alibaba.com | Dongguan Sentai Technology Co., |
| 22 | tingaidai.en.alibaba.com | Guangzhou Tingaidai Clothing Firm |
| 23 | wzqy.en.alibaba.com | Cangnan Qianyuan Crafts Co., Ltd. |
| 24 | xcurtain.en.alibaba.com | Dido Household Products Co., Ltd. |
| 25 | yiyuansu.en.alibaba.com | Guangzhou Yiyuansu Clothing Co., Ltd. |
| 26 | yvnail.en.alibaba.com | Hefei Youvi Trade Co., Ltd. |
| 27 | zs-silicone.en.alibaba.com | Dongguan Zhansheng Rubber&Plastic Technology Co., Ltd. |
| 28 | aliexpress.com/store/5632109 | Anime Models Store |
| 29 | aliexpress.com/store/910744066 | Funny Toy A Store |
| 30 | aliexpress.com/store/912178819 | LU Wood Store |

| 31 | aliexpress.com/store/912319492 | emin beautiful decoration Store |
|----|-------------------------------|-------------------------------|
| 32 | amazon.com/sp?seller=A10C1MWR33125K | kongdianwangluokeji |
| 33 | amazon.com/sp?seller=A10WGIQ2AJBB0 | chenxuelixiaodian |
| 34 | amazon.com/sp?seller=A1121Z56ZSYRU0 | chuqiao8707 |
| 35 | amazon.com/sp?seller=A11CL5WH6VAXQ4 | Gbrgbvd |
| 36 | amazon.com/sp?seller=A11NZK1NXZSAEK | liuzhaojun's shop |
| 37 | amazon.com/sp?seller=A11W9QR9BPQUZV | bufan6 |
| 38 | amazon.com/sp?seller=A11XWHD2G0PGN9 | MYTrading |
| 39 | amazon.com/sp?seller=A12P8OX5EE4QQS | LiRuiJuan |
| 40 | amazon.com/sp?seller=A13HEYV7TI0NJH | JungleShore LLC |
| 41 | amazon.com/sp?seller=A13ISAYWIW6408 | Moving Warehouse |
| 42 | amazon.com/sp?seller=A14PBKOV9AIEGF | Eselltotal |
| 43 | amazon.com/sp?seller=A14XSGS56214QM | Da fang supply chain trade |
| 44 | amazon.com/sp?seller=A1528GUEPFE49V | GaojingjingUS |
| 45 | amazon.com/sp?seller=A15HPAV5GOAERJ | ChunYan |
| 46 | amazon.com/sp?seller=A168XKSL3QYFW8 | Peace World Flagship Store |
| 47 | amazon.com/sp?seller=A176CD9BVLF9ON | guangzhouyuyu |
| 48 | amazon.com/sp?seller=A177T0MM8NNISB | HTZY |
| 49 | amazon.com/sp?seller=A18PE7K3JTC8HB | A18PE7K3JTC8HB |
| 50 | amazon.com/sp?seller=A18YVKZHNXAH8W | JiangTaoYan |
| 51 | amazon.com/sp?seller=A19BOAWENM2KAS | cangzhoushiyunhequbudairiyongpindian |
| 52 | amazon.com/sp?seller=A19EQBZV40I4KW | oumeiqianlan |

| | | |
|---|---|---|
| 53 | amazon.com/sp?seller=A1AFBRB0H ADQ9T | kelunke-US |
| 54 | amazon.com/sp?seller=A1AHXKF0V 0CY8P | BOOSEN LTD |
| 55 | amazon.com/sp?seller=A1AOW2IH WNGI8B | Angela z |
| 56 | amazon.com/sp?seller=A1AW7QM4 D527P | Mrhuodedian |
| 57 | amazon.com/sp?seller=A1CCFX6KDE EL9C | A1CCFX6KDEEL9C |
| 58 | amazon.com/sp?seller=A1DH83C5S ZIEEU | Peanut Tree |
| 59 | EXCEPTED | EXCEPTED |
| 60 | amazon.com/sp?seller=A1EOJMS3G 1U9ZE | Hooyushop |
| 61 | amazon.com/sp?seller=A1F7P714T W15HB | duanzhenamz |
| 62 | amazon.com/sp?seller=A1F875864V SBKP | Gohoomy |
| 63 | amazon.com/sp?seller=A1G6M0EW BBB2NO | Bingzhou Big Store |
| 64 | amazon.com/sp?seller=A1GHAF7TL KMCG9 | LierTOUR |
| 65 | amazon.com/sp?seller=A1GIES2HGE 87NV | HSXOTM |
| 66 | amazon.com/sp?seller=A1GJTBJYYA 84NF | Art comes from life |
| 67 | amazon.com/sp?seller=A1GRD3RIQ 5XHKG | MMY [Arrive within 5-12 days] |
| 68 | amazon.com/sp?seller=A1H6T1PAS5 G4VE | BARUSZON |
| 69 | amazon.com/sp?seller=A1H8X7N10 9P659 | lipengfei54 |
| 70 | amazon.com/sp?seller=A1HHXFPTI1 U28L | Beautifultime |
| 71 | amazon.com/sp?seller=A1HNFMS3T KN2SP | CUICHASHIGUANGUS |
| 72 | amazon.com/sp?seller=A1HZR42V8 99JLZ | henanlongdeshui |
| 73 | amazon.com/sp?seller=A1INIWRW M77FCI | lvhaobaihuo |
| 74 | amazon.com/sp?seller=A1IR551NNI H51A | Muyan Shop |

| | | |
|---|---|---|
| 75 | amazon.com/sp?seller=A1K4CPVUL9QEER | Dream capital |
| 76 | amazon.com/sp?seller=A1KXUZZFP5JT0Z | MUJIQF |
| 77 | amazon.com/sp?seller=A1LDB9WJJEVQXD | HZLDZSW |
| 78 | amazon.com/sp?seller=A1LM4O7LIN0WK7 | C-A |
| 79 | amazon.com/sp?seller=A1M9IBEIMZ1K75 | FengPianShangMao |
| 80 | amazon.com/sp?seller=A1MD9R1Z0DD0J | BIN-BIN |
| 81 | amazon.com/sp?seller=A1MFAZ59I1T253 | MonMena |
| 82 | amazon.com/sp?seller=A1MGL4RJS0Z56Y | GuoQuanGong |
| 83 | amazon.com/sp?seller=A1MJ2O3D299O9O | JMSMH |
| 84 | amazon.com/sp?seller=A1MN6LM0YLXUZ4 | junboxun1 |
| 85 | amazon.com/sp?seller=A1N02DSE6V5MN7 | PDShr-us |
| 86 | amazon.com/sp?seller=A1N03JYTS1W0DX | dianbaishangmao |
| 87 | amazon.com/sp?seller=A1NS3P90PA1LEG | LisaXiu |
| 88 | amazon.com/sp?seller=A1NTGYC308F291 | MENGQISM |
| 89 | amazon.com/sp?seller=A1OE3AV603L7RD | enshishizelidianzishangwuyouxiangongsi |
| 90 | amazon.com/sp?seller=A1OGQ1RN0IEMCD | hejinshigangcanshangmaoyouxiangongsi |
| 91 | amazon.com/sp?seller=A1RIII1F5EPQAO | BIEXIANG |
| 92 | amazon.com/sp?seller=A1RPPFP0X7QDHH | jiangyonglian 'shop |
| 93 | amazon.com/sp?seller=A1RSXV6TQ2J8WJ | Mingxuan Trading |
| 94 | amazon.com/sp?seller=A1T5HT4AWKFIL8 | Eternal Victory. |
| 95 | amazon.com/sp?seller=A1T9SYBEIVL0T9 | chengdudongheyuanshangmaoyouxiangongsi |

| | | |
|---|---|---|
| 96 | amazon.com/sp?seller=A1UE0QIBU OV4OP | A1UE0QIBUOV4OP |
| 97 | amazon.com/sp?seller=A1VUKW4D 5WDZFB | A1VUKW4D5WDZFB |
| 98 | amazon.com/sp?seller=A1W2APUO SPX2PY | gaoweixuntong |
| 99 | amazon.com/sp?seller=A1W6KBOQ OE5VK4 | LcHuiBo |
| 100 | amazon.com/sp?seller=A1X7ZRHRN X22HN | ChenBaBy |
| 101 | amazon.com/sp?seller=A1XBG7V9U SRIOY | ningfengshangmao |
| 102 | amazon.com/sp?seller=A1XUUNY7A PTPI3 | jiajiaobeimei |
| 103 | amazon.com/sp?seller=A1YAZORVL 812DZ | LYDONG |
| 104 | amazon.com/sp?seller=A1YD9HC06 YVM5C | huaiyuanxin |
| 105 | amazon.com/sp?seller=A1ZC8S143I KGQD | gulixing's shop |
| 106 | amazon.com/sp?seller=A1ZCPXEQ2 R0UPP | Dr. Seuss's laboratory |
| 107 | amazon.com/sp?seller=A1ZSHPBZ1 OTMH9 | Athli |
| 108 | amazon.com/sp?seller=A1ZTZC7S4H ZXPM | Mengwo |
| 109 | amazon.com/sp?seller=A1ZVZF6ML 61L8U | fengshengshuiq |
| 110 | amazon.com/sp?seller=A2063G5JDX Q9C9 | Jiahao-us |
| 111 | amazon.com/sp?seller=A20M1LR5X G87EG | Beauty-Living |
| 112 | amazon.com/sp?seller=A20NBJC39J FWEK | fer-serealitat |
| 113 | amazon.com/sp?seller=A218GKC46 1YBC6 | fenyangshihongyuebaihuoshanghang |
| 114 | amazon.com/sp?seller=A21P87Y2OY 2OV8 | Miao Miao Department store |
| 115 | amazon.com/sp?seller=A220C9VAB RS05H | Blacdry US |
| 116 | amazon.com/sp?seller=A22BQ234M D7ZDV | Maiteng Store |

| | | |
|---|---|---|
| 117 | amazon.com/sp?seller=A22I8X4DIT MTGN | aoyisi |
| 118 | amazon.com/sp?seller=A22OKY7UU LUNUR | JINGYOUHUA |
| 119 | amazon.com/sp?seller=A22U9WPSC WU2LA | bikomYep |
| 120 | amazon.com/sp?seller=A22VBSTNP NUN49 | LYtwikle store |
| 121 | amazon.com/sp?seller=A23010YAA6 BIUD | geyingshu's shop |
| 122 | amazon.com/sp?seller=A231S0FM5 6B3LT | HILLO |
| 123 | amazon.com/sp?seller=A239CPNPA DJR7Q | KUNAI |
| 124 | amazon.com/sp?seller=A23CJXNAK HV1ZX | LiKangRiYongBaiHuoDian |
| 125 | amazon.com/sp?seller=A23ZGRNX5 T30EQ | KAOLALA Direct |
| 126 | amazon.com/sp?seller=A24DYQUU8 O5D1N | FUHOVILA1 |
| 127 | amazon.com/sp?seller=A24RRBFIGQ M8HH | FRROY |
| 128 | amazon.com/sp?seller=A25DY5RUS T8NES | Keeplus 2021 |
| 129 | amazon.com/sp?seller=A2683NDA4 3LMTC | Henglifenggzs |
| 130 | amazon.com/sp?seller=A26B1UUXL FKQ9K | Future commerce |
| 131 | amazon.com/sp?seller=A26GT66DS 3OK4L | DCYCSM |
| 132 | amazon.com/sp?seller=A27BPHTE2 DFTVD | AN-24UKGHJ |
| 133 | amazon.com/sp?seller=A27MOXES7 6WVW7 | Egdu's Store |
| 134 | amazon.com/sp?seller=A28CGUXOI 052H6 | aojun sm |
| 135 | amazon.com/sp?seller=A28FWC6Q1 KIL1L | FangYuPing |
| 136 | amazon.com/sp?seller=A28ZA48GJ2 Q0SW | jingjiangshishiyimaoyishanghang |
| 137 | amazon.com/sp?seller=A29D3EYPB5 WSOY | HAIQU-store |

| 138 | amazon.com/sp?seller=A29U8IWTV0DUG0 | HEZEYUEQIAOWANGLUOKEJI |
|---|---|---|
| 139 | amazon.com/sp?seller=A2ABMZGSN4RFGS | NAKOL |
| 140 | amazon.com/sp?seller=A2AIVGDJLRR1IX | FDQNLCZ |
| 141 | amazon.com/sp?seller=A2BS5MVPROPK2L | LSFDC |
| 142 | amazon.com/sp?seller=A2C1EZH1EZ5DP8 | A2C1EZH1EZ5DP8 |
| 143 | amazon.com/sp?seller=A2C43604GEJOZ5 | A2C43604GEJOZ5 |
| 144 | amazon.com/sp?seller=A2CGPY257QTJW3 | GUAPICAOZUO |
| 145 | amazon.com/sp?seller=A2CTQZV35P98HY | LYXBWL |
| 146 | amazon.com/sp?seller=A2DKL12M9L4PIB | lumingzang |
| 147 | amazon.com/sp?seller=A2DOBEUP7FMNS0 | Jionglishop |
| 148 | amazon.com/sp?seller=A2DR4TDWS3OSEE | houyanhong 'shop |
| 149 | amazon.com/sp?seller=A2F12LQGRY5DN5 | DMZ |
| 150 | amazon.com/sp?seller=A2F5WVWLVYL5GM | GuangZhouNanShaQuJinJingNaShangMaoYouXianGongsi |
| 151 | amazon.com/sp?seller=A2FMRJEZSATP8T | Hang Xun |
| 152 | amazon.com/sp?seller=A2FVUF6ZZQUL82 | Liior |
| 153 | amazon.com/sp?seller=A2H8A03LYZ0S8U | huoliangsheng's shop |
| 154 | amazon.com/sp?seller=A2HEC417DMONXK | asdsafypf |
| 155 | amazon.com/sp?seller=A2HJM9B34MBY48 | MRLSKJ |
| 156 | amazon.com/sp?seller=A2HPI03VCV1FXK | A2HPI03VCV1FXK |
| 157 | amazon.com/sp?seller=A2HTWDUEN4NBVR | LcLiuYue |
| 158 | amazon.com/sp?seller=A2I4J9C43AXC31 | GAOYAN456 |

| | | |
|---|---|---|
| 159 | amazon.com/sp?seller=A2J1OAGUVQ2YYU | guo yu xia art |
| 160 | amazon.com/sp?seller=A2JO1O8QROFMVI | DFMUS STORE |
| 161 | amazon.com/sp?seller=A2KAQ6L1TYWZRX | Donshens |
| 162 | amazon.com/sp?seller=A2KGEG12Z0N1NU | chuyanxi |
| 163 | amazon.com/sp?seller=A2KQF8HZF8M8RQ | Meet beautiful blue sky |
| 164 | amazon.com/sp?seller=A2KSKO4CK67PKG | Jun Bode Store |
| 165 | amazon.com/sp?seller=A2LX2V09E9ERZ0 | fuchengjun |
| 166 | amazon.com/sp?seller=A2LZ5A8PBYFPS9 | DiSiKao |
| 167 | amazon.com/sp?seller=A2MYJZ1BMJIAG9 | chenjinliang's shop |
| 168 | amazon.com/sp?seller=A2NGRM7HD8UB6Z | GZTAIYIMY |
| 169 | amazon.com/sp?seller=A2O6662PVKYAX7 | GuanHuaiBaiHuo |
| 170 | amazon.com/sp?seller=A2O6N4FL7IMEOJ | CHINA CREATION |
| 171 | amazon.com/sp?seller=A2O8V6VI8WYQS7 | Globalization-shixia |
| 172 | amazon.com/sp?seller=A2OG7MEFDKN0XL | hengusSHOP |
| 173 | amazon.com/sp?seller=A2OHBQH7000HWK | Family fashion poster |
| 174 | amazon.com/sp?seller=A2PBIWNZGGO5GM | Fixett |
| 175 | amazon.com/sp?seller=A2QUPIBCOIOPU9 | LIETUKJ-MG |
| 176 | amazon.com/sp?seller=A2R52B2IMD197R | ChenXueYan |
| 177 | amazon.com/sp?seller=A2R7QI4JUHSAOM | Lonlatude |
| 178 | amazon.com/sp?seller=A2RP8KFXEHBKWD | gaomen |
| 179 | amazon.com/sp?seller=A2RZ5PYRMWNI78 | linxianqidianbianlifuwudian |

| | | |
|---|---|---|
| 180 | amazon.com/sp?seller=A2SYI4IYNJXI YP | mawentaodianpu |
| 181 | amazon.com/sp?seller=A2TOT1HA1 KEA60 | mingren999 |
| 182 | amazon.com/sp?seller=A2TP98STMI 3QVO | Cenchun |
| 183 | amazon.com/sp?seller=A2TSK1N1Q ZPWMZ | HuaiBei |
| 184 | amazon.com/sp?seller=A2TX5XLVQ BTM5H | gratification |
| 185 | amazon.com/sp?seller=A2TX89WOD KG6NZ | Hezhiqikeji |
| 186 | amazon.com/sp?seller=A2UE600C1 VIQHQ | liweiyu's shop |
| 187 | amazon.com/sp?seller=A2UFJS7VCE MTQ1 | LYJXCJY |
| 188 | amazon.com/sp?seller=A2UL67ZTTB 0QWR | nanguanqujiabinbaihuodian |
| 189 | amazon.com/sp?seller=A2UPJDRI9C 5C9O | hqshopping |
| 190 | amazon.com/sp?seller=A2VC3PCXQ WRI61 | Animation Comics Games |
| 191 | amazon.com/sp?seller=A2VUKDZNX AN900 | chengyaqun's shop |
| 192 | amazon.com/sp?seller=A2W4Z3X3R PJS98 | liqishopping |
| 193 | amazon.com/sp?seller=A2W5DLPAL Z2NZD | Elegant Orchid |
| 194 | amazon.com/sp?seller=A2X7Y2OJW 1WT2W | bozhoushishenghanshangmaoyouxiangongsi |
| 195 | amazon.com/sp?seller=A2Y01CS7EQ 4ZBO | duanxiujun |
| 196 | amazon.com/sp?seller=A2Y45KQ3FP 893E | Enguang Trading Company |