**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PEANUTS WORLDWIDE LLC,

          Plaintiff,

v.

BAYKO TECHNOLOGY (SHENZHEN) CO.,
LTD., et al.,

          Defendants.

Case No. 21-cv-05331

**Judge Jorge L. Alonso**

**Magistrate Judge Heather K. McShain**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 22, 2021 [66], in favor of Plaintiff Peanuts Worldwide LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred and fifty thousand dollars ($150,000) per Defaulting Defendant for willful use of counterfeit PEANUTS Trademarks and fifty thousand dollars ($50,000) for willful copyright infringement of the Peanuts Copyrighted Designs, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Hefei ZY Trade Co., ltd. | 12 |
| Neworiental Gift Co., ltd. | 18 |
| chuqiao8707 | 34 |
| Moving Warehouse | 41 |
| Dream capital | 75 |
| LisaXiu | 87 |
| gaoweixuntong | 98 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 30th day of December 2021.          Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*